IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **OBED GOMEZ, JR., on behalf of himself and others similarly situated, ET AL.** | **PLAINTIFFS** |
| v.          4:23-CV-00333-BRW (LEAD CASE) | |
| **CENTENNIAL BANK** | **DEFENDANT** |

| | |
|---|---|
| **OBED GOMEZ, JR., on behalf of himself and others similarly situated, ET AL.** | **PLAINTIFFS** |
| v.          4:24-CV-00358-BRW (CONSOLIDATED CASE) | |
| **CENTENNIAL BANK** | **DEFENDANT** |

| | |
|---|---|
| **SHARON WHITLOCK, on behalf of herself and others similarly situated, ET AL.** | **PLAINTIFFS** |
| v.          4:24-CV-00369-BRW (CONSOLIDATED CASE) | |
| **CENTENNIAL BANK** | **DEFENDANT** |

| | |
|---|---|
| **STEPHANIE MARTIN, individually and on behalf of all others similarly situated** | **PLAINTIFF** |
| v.          4:24-CV-00389-BRW (CONSOLIDATED CASE) | |
| **CENTENNIAL BANK** | **DEFENDANT** |

| | |
|---|---|
| **KAREN HUGHES, individually and on behalf of all others similarly situated** | **PLAINTIFF** |
| v.          4:24-CV-00392-BRW (CONSOLIDATED CASE) | |
| **CENTENNIAL BANK** | **DEFENDANT** |

| | | |
|---|---|---|
| **TANYA R. AUTRY, individually and on behalf of all others similarly situated** | | **PLAINTIFF** |
| v. | **4:24-CV-00401-BRW**<br>**(CONSOLIDATED CASE)** | |
| **CENTENNIAL BANK** | | **DEFENDANT** |

| | | |
|---|---|---|
| **DENNIS BARFIELD, individually and on behalf of all others similarly situated** | | **PLAINTIFF** |
| v. | **4:24-CV-00415-BRW**<br>**(CONSOLIDATED CASE)** | |
| **CENTENNIAL BANK** | | **DEFENDANT** |

## ORDER

Plaintiffs' unopposed Motion to Consolidate Cases (Doc. No. 17) is GRANTED in part and DENIED in part. I believe that these cases should be consolidated for discovery purposes. However, the issue of whether the cases should be tried together can be resolved later.

All parties are directed to make future filings only in the lead case – *Gomez v. Centennial Bank*, No. 4:23-CV-00333-BRW. All other requested relief is denied.

Plaintiffs' motion for class certification is due thirty days after Defendant's motion to dismiss is resolved. The response is due two weeks after that. Other deadlines will be set by a separate scheduling order.

IT IS SO ORDERED this 29th day of May 2024.

                                                      Billy Roy Wilson  
                                                      UNITED STATES DISTRICT JUDGE